NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**HANFORD TANK DISPOSITION ALLIANCE, LLC,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**HANFORD TANK WASTE OPERATIONS & CLOSURE, LLC,**
*Defendant-Appellant*

———————————————

2023-2272

———————————————

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00683-MBH, Senior Judge Marian Blank Horn.

———————————————

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

(1) The above-captioned appeal is dismissed under Fed. R. App. P. 42(b).

2    HANFORD TANK DISPOSITION ALLIANCE, LLC v. US

(2) Each side to bear their own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

June 21, 2024
Date

**ISSUED AS A MANDATE:** June 21, 2024